# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Antonius Brett El-X,<br><br>  Defendant. | Case No. 11-CR-0109 (PJS/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Statements [Docket No. 57] is **DENIED**; and

2. Defendant's Motion to Dismiss for Lack of Jurisdiction [Docket No. 66] is **DENIED**.


Dated:  July 26, 2011         s/Patrick J. Schiltz
                              Patrick J. Schiltz
                              United States District Judge